**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

| I. (a) PLAINTIFFS  ( Check box if you are representing yourself ☐ ) | DEFENDANTS    ( Check box if you are representing yourself ☐ ) |
|---|---|
| Renee Mahseregyan | HSBC Bank USA, N.A.,  Equifax Information Services, LLC, and Experian Information Solutions, Inc. |

| (b) County of Residence of First Listed Plaintiff   Los Angeles County | County of Residence of First Listed Defendant   _____ |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)* |

| (c) Attorneys (*Firm Name, Address and Telephone Number*)  If you are representing yourself, provide the same information. | Attorneys (*Firm Name, Address and Telephone Number*)  If you are representing yourself, provide the same information. |
|---|---|
| The Cardoza Law Corporation<br>548 Market Street, #80594<br>San Francisco, CA 94104<br>Tel: 415-488-8041 | |

## II. BASIS OF JURISDICTION (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff

☒ 3. Federal Question (U.S. Government Not a Party)

☐ 2. U.S. Government Defendant

☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (Place an X in one box only.)

☒ 1. Original Proceeding

☐ 2. Removed from State Court

☐ 3. Remanded from Appellate Court

☐ 4. Reinstated or Reopened

☐ 5. Transferred from Another District (Specify)

☐ 6. Multidistrict Litigation - Transfer

☐ 8. Multidistrict Litigation - Direct File

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No  (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No   **MONEY DEMANDED IN COMPLAINT:** $ _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause.  Do not cite jurisdictional statutes unless diversity.)

15 U.S.C. §§ 1681, ET SEQ; CAL. CIV. CODE § 1785 ET SEQ;

## VII. NATURE OF SUIT (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375  False Claims Act | ☐ 110  Insurance | ☐ 240  Torts to Land | ☐ 462  Naturalization Application | **Habeas Corpus:** | ☐ 820  Copyrights |
| ☐ 376  Qui Tam (31 USC 3729(a)) | ☐ 120  Marine | ☐ 245  Tort Product Liability | ☐ 465  Other Immigration Actions | ☐ 463  Alien Detainee | ☐ 830  Patent |
| ☐ 400  State Reapportionment | ☐ 130  Miller Act | ☐ 290  All Other Real Property | | ☐ 510  Motions to Vacate Sentence | ☐ 835  Patent - Abbreviated New Drug Application |
| ☐ 410  Antitrust | ☐ 140  Negotiable Instrument | | **TORTS** | ☐ 530  General | ☐ 840  Trademark |
| ☐ 430  Banks and Banking | ☐ 150  Recovery of Overpayment & Enforcement of Judgment | **TORTS PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535  Death Penalty | ☐ 880  Defend Trade Secrets Act of 2016 (DTSA) |
| ☐ 450  Commerce/ICC Rates/Etc. | | ☐ 310  Airplane | ☐ 370  Other Fraud | **Other:** | **SOCIAL SECURITY** |
| ☐ 460  Deportation | ☐ 151  Medicare Act | ☐ 315  Airplane Product Liability | ☐ 371  Truth in Lending | ☐ 540  Mandamus/Other | ☐ 861  HIA (1395ff) |
| ☐ 470  Racketeer Influenced & Corrupt Org. | ☐ 152  Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320  Assault, Libel & Slander | ☐ 380  Other Personal Property Damage | ☐ 550  Civil Rights | ☐ 862  Black Lung (923) |
| ☒ 480  Consumer Credit | | ☐ 330  Fed. Employers' Liability | ☐ 385  Property Damage Product Liability | ☐ 555  Prison Condition | ☐ 863  DIWC/DIWW (405 (g)) |
| ☐ 485  Telephone Consumer Protection Act | ☐ 153  Recovery of Overpayment of Vet. Benefits | ☐ 340  Marine | **BANKRUPTCY** | ☐ 560  Civil Detainee Conditions of Confinement | ☐ 864  SSID Title XVI |
| ☐ 490  Cable/Sat TV | | ☐ 345  Marine Product Liability | ☐ 422  Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 865  RSI (405 (g)) |
| ☐ 850  Securities/Commodities/Exchange | ☐ 160  Stockholders' Suits | ☐ 350  Motor Vehicle | ☐ 423  Withdrawal 28 USC 157 | ☐ 625  Drug Related Seizure of Property 21 USC 881 | **FEDERAL TAX SUITS** |
| ☐ 890  Other Statutory Actions | ☐ 190  Other Contract | ☐ 355  Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690  Other | ☐ 870  Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891  Agricultural Acts | ☐ 195  Contract Product Liability | ☐ 360  Other Personal Injury | ☐ 440  Other Civil Rights | **LABOR** | ☐ 871  IRS-Third Party 26 USC 7609 |
| ☐ 893  Environmental Matters | ☐ 196  Franchise | ☐ 362  Personal Injury-Med Malpractice | ☐ 441  Voting | ☐ 710  Fair Labor Standards Act | |
| ☐ 895  Freedom of Info. Act | **REAL PROPERTY** | ☐ 365  Personal Injury-Product Liability | ☐ 442  Employment | ☐ 720  Labor/Mgmt. Relations | |
| ☐ 896  Arbitration | ☐ 210  Land Condemnation | ☐ 367  Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443  Housing/ Accommodations | ☐ 740  Railway Labor Act | |
| ☐ 899  Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 220  Foreclosure | ☐ 368  Asbestos Personal Injury Product Liability | ☐ 445  American with Disabilities-Employment | ☐ 751  Family and Medical Leave Act | |
| ☐ 950  Constitutionality of State Statutes | ☐ 230  Rent Lease & Ejectment | | ☐ 446  American with Disabilities-Other | ☐ 790  Other Labor Litigation | |
| | | | ☐ 448  Education | ☐ 791  Employee Ret. Inc. Security Act | |

| FOR OFFICE USE ONLY: | Case Number: | 2:26-cv-08502 |
|---|---|---|

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII.  VENUE**: Your answers to the questions below will determine the division of the Court to which this case will be initially assigned.  This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A:  Was this case removed from state court? | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| ☐ Yes  ☒ No<br><br>If "no, " skip to Question B.  If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | ☐ Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
|  | ☐ Orange | Southern |
|  | ☐ Riverside or San Bernardino | Eastern |

| QUESTION B:  Is the United States, or one of its agencies or employees, a PLAINTIFF in this action? | **B.1.** Do 50% or more of the defendants who reside in the district reside in Orange Co.?<br><br>*check one of the boxes to the right* ➡ | ☐ YES.  Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| ☐ Yes  ☒ No |  | ☐ NO.  Continue to Question B.2. |
| If "no, " skip to Question C.  If "yes," answer Question B.1, at right. | **B.2.** Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties?  (Consider the two counties together.)<br><br>*check one of the boxes to the right* ➡ | ☐ YES.  Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
|  |  | ☐ NO.  Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C:  Is the United States, or one of its agencies or employees, a DEFENDANT in this action? | **C.1.** Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.?<br><br>*check one of the boxes to the right* ➡ | ☐ YES.  Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| ☐ Yes  ☒ No |  | ☐ NO.  Continue to Question C.2. |
| If "no, " skip to Question D.  If "yes," answer Question C.1, at right. | **C.2.** Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties?  (Consider the two counties together.)<br><br>*check one of the boxes to the right* ➡ | ☐ YES.  Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
|  |  | ☐ NO.  Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D:  Location of plaintiffs and defendants? | **A.**<br>Orange County | **B.**<br>Riverside or San Bernardino County | **C.**<br>Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside.  (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☒ |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside.  (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☐ |

| D.1.  Is there at least one answer in Column A? | D.2.  Is there at least one answer in Column B? |
|---|---|
| ☐ Yes  ☒ No | ☐ Yes  ☒ No |
| If "yes," your case will initially be assigned to the<br>SOUTHERN DIVISION.<br>Enter "Southern" in response to Question E,  below, and continue from there.<br>If "no," go to question D2 to the right. ➡ | If "yes," your case will initially be assigned to the<br>EASTERN DIVISION.<br>Enter "Eastern" in response to Question E,  below.<br>If "no," your case will be assigned to the WESTERN DIVISION.<br>Enter "Western" in response to Question E, below. ⬇ |

| QUESTION E: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above: ➡ | WESTERN |

| QUESTION F: Northern Counties? | |
|---|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | ☐ Yes  ☒ No |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**IX(a). IDENTICAL CASES**: Has this action been previously filed **in this court**?       ☒ NO      ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES**: Is this case related (as defined below) to any civil or criminal case(s) previously filed **in this court**?

☒ NO      ☐ YES

If yes, list case number(s): _____

**If yes, you must file a Notice of Related Cases. See Local Rule 83-1.3.**

**Civil cases** are related when they (check all that apply):

☐   A. Arise from the same or a closely related transaction, happening, or event;

☐   B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐   C. For other reasons would entail substantial duplication of labor if heard by different judges.

Note: That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

**A civil forfeiture case and a criminal case** are related when they (check all that apply):

☐   A. Arise from the same or a closely related transaction, happening, or event;

☐   B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐   C. Involve one or more defendants from the criminal case in common and would entail substantial duplication of labor if heard by different judges.

**X. STATEWIDE OR NATIONWIDE RELIEF**: Does this case seek to bar or mandate enforcement of a state or federal law and seek declaratory or injunctive relief on a statewide or nationwide basis?      ☐ NO      ☐ YES

**If yes, see Local Rule 83-11 for additional requirements.**

**XI. SIGNATURE OF ATTORNEY**
**(OR SELF-REPRESENTED LITIGANT):**   /s/ Lauren B. Veggian _____   DATE: July 31, 2026 _____

**Notice to Counsel/Parties:** The submission of this Civil Cover Sheet is required by Local Rule 3-1. This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. For more detailed instructions, see separate instruction sheet (CV-071A).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |